**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE OF CASE DESIGNATION INTO ELECTRONIC FILING SYSTEM AND**
**ELECTRONIC FILING OF PAPERS AS OF OCTOBER 1, 2005**

On **October 1, 2005** all civil cases filed on or **after October 1, 2003** and assigned to the **Hon. Janet Bond Arterton** will be designated as electronically filed ("e-filed") cases, and subject thereafter to the enclosed Electronic Filing Order.

Counsel are hereby notified that the procedures in the District's CM/ECF Policies and Procedures Manual, as well as Judge Arterton's Electronic Filing Order (attached), apply.

If counsel believe that this case should not be designated as e-filed, or if e-filing requirements present an undue burden on counsel or the parties, counsel must file a Request for Exemption (which may be filed non-electronically), no later than (14) days from receipt of this Notice **(i.e., on or before August 19, 2005)**.  Social security, prisoner and *pro se* plaintiff cases are exempt.

Attorneys are encouraged to participate in the training program for this e-filing system offered by the Clerk's Office, or to utilize the CM/ECF Tutorial @ www.ctd.uscourts.gov.  If not already registered, counsel are required to submit a registration request to obtain an electronic filing login and password from the Clerk's Office.  The registration forms and electronic filing policies are also available @ www.ctd.uscourts.gov/cmecf.

IT IS SO ORDERED.

/s/_____
JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|         |   :   |                    |
|---------|-------|--------------------|
| v.      |   :   | NO. _____ (JBA) |
|         |   :   |                    |

**ELECTRONIC FILING ORDER**

The Court orders that the parties shall file all documents in this case electronically.  The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

<u>Civil Cases</u>:  All pleadings (including briefs and exhibits) relating, supporting, opposing or replying to the following:

   a.  Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
   b.  Dispositive motions (motions to dismiss or for summary judgment);
   c.  Requested jury instructions, voir dire;
   d.  Compliance with Pretrial Orders;
   e.  Trial briefs, including proposed findings of fact and conclusions of law; and
   f.  **Any other filing that is in excess of 20 pages;**

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.